**UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLUMBIA**

|  |  |  |
|---|---|---|
| **GLYCOBIOSCIENCES, INC.,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **v.** | ) | **Civil Action No. 12-1963 (RMC)** |
| | ) | |
| **ANIKA THERAPEUTICS, INC.,** | ) | |
| | ) | |
| | ) | |
| **Defendant.** | ) | |
| | ) | |

**ORDER TO SHOW CAUSE**

On December 6, 2012, GlycoBioSciences, Inc., filed a Complaint against Anika

Therapeutics, Inc., alleging infringement of U.S. Patent Nos. 6,273,345 and 6,120,804 (the 345

and 804 Patents).  Compl. [Dkt. 1].  On March 7, 2013, the Court stayed the case pending a final

decision by the U.S. Patent and Trademark Office (USPTO) on reexamination and required the

parties to file a joint notice of the USPTO decisions within fourteen days after they were issued.

Minute Order (Mar. 7, 2013).  Since the case was stayed, there has been no activity in this case.

Plaintiff filed another suit alleging infringement of the same Patents against

Innocutis Holdings, LLC and DARA Biosciences, Inc.  *See GlycoBioSciences, Inc. v. Innocutis*

*Holdings, LLC*, Civ. No. 12-1901 (D.D.C.) (Compl. filed Nov. 25, 2012).  The case against

Innocutis and DARA was similarly stayed, and those defendants recently filed Notice of the

USPTO reexamination decisions, including a request for dismissal.  *See Innocutis Holdings*, Civ.

No. 12-1901, Defs. Notice [Dkt. 18]; Revised Notice [Dkt. 19].

The USPTO Patent Trial and Appeal Board issued its decision on reexamination of the 345 Patent on May 27, 2014, affirming the finding that claims 1-9 were not patentable over prior art.  *See* Ex. 1 (Board Decision May 27, 2014).  Plaintiff asserts claims 1, 3, 5, and 8 here.  *See* Compl. ¶¶ 14, 29, 31.  The Board rendered a decision on reexamination of the 804 Patent on April 18, 2013, by issuing a Reexamination Certificate.  *See* Ex. 2 (Reexamination Cert. Apr. 19, 2013).  As a result of the reexamination, claim 1, among others, was amended to include significant limitations.  *Id.*  Plaintiff asserts claim 1 here.  *See* Compl. ¶¶ 11, 20, 22.

Based on the reexamination of the 345 and 804 Patents, Innocutis and DARA moved to dismiss, reasoning:

> Since <u>all of the claims</u> of the 345 patent asserted in this litigation by Plaintiff have been found by the USPTO to be <u>not</u> patentable, and since the only claim[ ] asserted by the Plaintiff from the 804 patent [has] been amended to such an extent that [it] cannot be asserted against Defendants in good faith under Rule 11 [Fed. R. Civ. P.], Defendants submit and request that this case should be dismissed with prejudice.

*Innocutis Holdings*, Civ. No. 12-1901, Defs. Notice at 3 (emphasis in original) & Defs. Revised Notice at 3.  This reasoning applies equally to Plaintiff's case against Anika Therapeutics, Inc.

Accordingly, it is hereby

**ORDERED** that no later than <u>July 25, 2014</u>, Plaintiff shall show cause in writing why the Court should not dismiss this case.


Date: July 10, 2014

_____/s/_____
ROSEMARY M. COLLYER
United States District Judge


2